UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
The Charter Oak Fire Insurance Co.,

                        Plaintiff,

      -against-

Anthony Frascone, et al.,

                       Defendants.
------------------------------------------------------------------X

7:22-cv-00815-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On June 2, 2023, the Court scheduled a telephonic Status Conference, which was to be held on June 9, 2023, at 11:00 AM. (ECF 63). That Status Conference did not take place, because counsel for defendants failed to appear.

The parties are directed to file a joint letter by no later than **June 26, 2023**, providing the Court with an update on the status of the case. After receipt of this letter, the Court will contact the parties regarding the scheduling of a new telephonic Status Conference.

    **SO ORDERED.**

DATED:    White Plains, New York
                 June 12, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge