BOND SCHOENECK & KING PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
(646) 253-2300
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA OMEGA REALTY LLC, ALPHA OMEGA BUILDING CONSULTING CORP. and ANTHONY FRASCONE,<br><br>Defendants. | Case No.: 22-CV-00815 (KMK) (VR)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

Plaintiffs, The Charter Oak Fire Insurance Company by their attorneys Bond, Schoeneck & King PLLC give notice of dismissal of this action, as to defendant Alpha Omega Realty LLC, pursuant to Federal Rules Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
June 26, 2023

By: _____
Thomas A. Martin, Esq.
BOND SCHOENECK & KING PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
(212) 253-2311
email: *tmartin@bsk.com*
*Attorneys for Plaintiffs, The Charter Oak Fire Insurance Company*

TO: Alpha Omega Realty LLC
240 N. Main Street
Spring Valley, New York 10977

16115742.1 6/26/2023